# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 21-2260

———————————————

Alex Anil George

*Plaintiff - Appellant*

v.

Benjamin M. Belmont

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Nebraska - Omaha

——————————

Submitted: December 9, 2021
Filed: December 14, 2021
[Unpublished]

——————————

Before BENTON, KELLY, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Alex George appeals the district court's[1] dismissal of his pro se diversity action. Having carefully reviewed the record, we find no basis for reversal. See

---

[1]The Honorable John M. Gerrard, Chief Judge, United States District Court for the District of Nebraska.

Wallace v. Wallace, 736 F.3d 764, 766-67 (8th Cir. 2013) (existence of subject matter jurisdiction is reviewed de novo; federal suit is inextricably intertwined with state domestic proceeding where effect of remedy in federal suit is to modify, nullify, or predetermine ruling of state proceeding); Kahn v. Kahn, 21 F.3d 859, 861-62 (8th Cir. 1994) (when cause of action closely relates to but does not precisely fit into the contours of an action for divorce, federal courts will generally abstain from exercising jurisdiction). Accordingly, we affirm. See 8th Cir. R. 47B.

_____